OSCAR NEWHOUSE, Respondent, v. RALPH R. WATNEY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, etc., for the Opening and Extending of Eastern Boulevard, from Property of New York, New Haven and Hartford Railroad to Hunts Point Road, etc., Borough of the Bronx, City of New York, etc. CHURCH E. GATES & Co., Appellant; CYRUS C. MILLER and Others, as Commissioners of Estimate, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

JAMES B. DUCHEMIN, Appellant, v. DAVID J. FOX, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

BOOTH & FLINN, LTD., Respondent, v. AMERICAN CLAY PRODUCTS COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

HOWARD W. MCATEER, Respondent, v. CHARLES F. JOHNSON, Transacting Business under the Name of the " RAILWAY & POWER EQUIPMENT COMPANY," Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

HERBERT B. HARRISON, Respondent, v. NATHAN J. MILLER and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

CHARLES J. HENDERSON, Respondent, v. ANTHONY E. STILGER, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.